**Order entered February 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00747-CR

### STEWART CARTER HURST, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 354th District Court
Hunt County, Texas
Trial Court Cause No. 32486CR**

## ORDER

Before the Court is appellant's February 5, 2020 third motion for extension of time to file his brief. We previously cautioned appellant that further extensions were disfavored. After due consideration, we **GRANT** appellant's motion and **ORDER** the brief filed no later than March 9, 2020. If the brief is not filed by that date, the Court will take whatever action it deems appropriate to ensure this appeal proceeds in a more timely manner.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE